```
1   McGREGOR W. SCOTT
    United States Attorney
2   MATTHEW M. YELOVICH
    ROGER YANG
3   Assistant United States Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone: (916) 554-2700
5   Facsimile:  (916) 554-2900

6   Attorneys for Plaintiff
    United States of America
7
```



**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 9543 Tarbert Drive, Elk Grove, CA | 2:18-SW-0246 EFB, |
| 19460 Fiddletown Road, Fiddletown, CA | 2:18-SW-0247 EFB, |
| 16481 Fiddletown Road, Fiddletown, CA | 2:18-SW-0248 EFB, |
| 8620 Port Haywood Way, Sacramento, CA | 2:18-SW-0249 EFB, |
| 7627 Masters Street, Elk Grove, CA | 2:18-SW-0250 EFB, |
| 5759 Muskingham Way, Sacramento, CA | 2:18-SW-0251 EFB, |
| 1165 Quail Oaks Rd., Valley Springs, CA | 2:18-SW-0252 EFB, |
| 4630 Country Scene Way, Sacramento, CA | 2:18-SW-0253 EFB, |
| 25 Donson Court, Elk Grove, CA | 2:18-SW-0254 EFB. |
| | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby |
| 2 | ordered unsealed. |
| 3 | |
| 4 | Dated: 4/24/2019    _____ |
| | The Honorable Carolyn K. Delaney |
| | UNITED STATES MAGISTRATE JUDGE |